IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| MICHELLE NICHOLE STEWART | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | NO. 3:21-cv-00504 |
| v. | ) ) | JUDGE CAMPBELL |
| PATRICK EXPRESSIONS, LLC, et al., | ) ) ) ) | MAGISTRATE JUDGE NEWBERN |
| Defendants. | | |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending the Court dismiss this action for failure to effect service of process on the Defendants. (Doc. No. 9).

The Report and Recommendation advised the parties that any objections to the Magistrate Judge's recommendation were to be filed within fourteen days of service (Doc. No. 9 at 4). No objections have been filed and Plaintiff has not filed proof of service.

The Court has reviewed the Report and Recommendation and concludes that it should be **ADOPTED** and **APPROVED**. This case is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 4(m). The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE